1447-14

# ELECTRONIC RECORD

COA # 03-13-00582-CR

OFFENSE: 21.11

STYLE: Michael Ray Chandler, Jr. v. The State of Texas

COUNTY: Comal

COA DISPOSITION: AFFIRMED

TRIAL COURT: 207th District Court

DATE: 10/01/14          Publish: NO

TC CASE #: CR2011-365

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Michael Ray Chandler, Jr. v. The State of Texas

CCA #: 1447-14

_____PRO SE_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

DATE: _____

_____REFUSED_____

JUDGE: _____

DATE: 02/25/2015

SIGNED: _____          PC: _____

JUDGE: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**